EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Priscila Curet Cuevas | 2010 TSPR 39 <br><br> 178 DPR _____ |

Número del Caso: TS-2033

Fecha: 8 de marzo de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Priscilla Curet Cuevas

                      2033

RESOLUCIÓN

San Juan, Puerto Rico, a  8  de marzo de 2010.

Examinada la solicitud presentada por la Lcda. Priscilla Curet Cuevas, se autoriza su baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                  Aida Ileana Oquendo Graulau
               Secretaria del Tribunal Supremo